UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID A COOK,

    Plaintiff,

v.

FEDERATED INSURANCE COMPANY,

    Defendants.

Case No. C19-5062-RJB-TLF

ORDER OF DISMISSAL

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation (Dkt. 10), recommending that the Court dismiss the plaintiff's complaint pursuant to 28 U.S.C. §§ 1915(e) and 1915A. No objections were filed.

(1)   The Magistrate Judge's Report and Recommendation is ADOPTED.

(2)   The action is **DISMISSED without prejudice** for failure to state a claim.

(3)   Plaintiff's application to proceed *in forma pauperis* (Dkt. 4) is denied as moot.

(4)   The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 15th day of July, 2019.

ROBERT J. BRYAN
United States District Judge